IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS FIGUEROA | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | NO. 09-CV-1488 |



ORDER

AND NOW, this 16th day of August, 2010, upon independent review of Plaintiff's "Brief and Statement of Issues in Support of Request for Review" (Document #11), Defendant's "Response to Request for Review by Plaintiff" (Document #14), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. Plaintiff's request for review is DENIED; and
3. The decision of the Commissioner is AFFIRMED.

BY THE COURT:

_____
J. CURTIS JOYNER, J.